FILED

2023 Dec-04  AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No. 2:22-cr-219-AMM-NAD** |
| | ) |
| **ERIC DAMONE WILSON** | ) |

## ORDER

This case is before the court on Defendant Eric Wilson's Motion to Suppress. Doc. 55. The government filed its opposition to Mr. Wilson's Motion to Suppress. Doc. 57. The magistrate judge held telephone conferences with the parties on October 12, 2023 and November 6, 2023. *See* Docs. 58–59. On November 7, 2023, the magistrate judge entered a report recommending that the court deny the motion. Doc. 60. Mr. Wilson has filed objections to that recommendation. Doc. 61.[1]

In his objections, Mr. Wilson does not argue that the magistrate judge's report contained any factual errors or relied on improper law. Instead, he disagrees with the

---

[1] After his counsel filed objections, the court received a handwritten filing from Mr. Wilson. Doc. 62. Mr. Wilson wrote in part that he wanted "to object due to the fact there is no chain of custody." *Id.* He also requested that his counsel "come see [him] ASAP." *Id.* Mr. Wilson is represented by counsel and is not entitled to hybrid representation. Even if the court were to consider his filing as a proper objection to the report and recommendation, Mr. Wilson makes a factual argument regarding the existence of a chain of custody. However, the magistrate judge specifically stated in the report and recommendation that it "includes no credibility determinations and no findings of fact." Doc. 60 at 2–3. Mr. Wilson's handwritten filing does not change the court's conclusion regarding the report and recommendation.

magistrate judge's ultimate legal conclusion. Because Mr. Wilson's objections do not support rejecting the magistrate judge's recommendation, the court **OVERRULES** his objections. Doc. 61.

Having carefully reviewed and considered de novo all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Doc. 60. Thus, the court **DENIES** Mr. Wilson's Motion to Suppress. Doc. 55.

**DONE** and **ORDERED** this 4th day of December, 2023.


**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE